**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| JONELLA TESONE | : | 17 cv. 02101 (MEH) |
| Plaintiff(s), | : | |
| against | : | |
| EMPIRE MARKETING STRATEGIES et al, | : | |
| Defendant(s). | : | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## PLAINTIFF'S OPPOSED MOTION TO VACATE THE PRETRIAL CONFERENCE AND AMEND THE SCHEDULING ORDER

COMES NOW, Jonella Tesone, by and through counsel, states the following in support of a Motion to Vacate the Pretrial Conference and Amend the Scheduling Order.

1. On September 6, 2018 the parties filed a Joint Motion to Set Settlement Conference pursuant to D.C.COLO.LCivR 16.6.

2. On September 10, 2018 the Motion to Set Settlement Conference was granted, and this case was reassigned to a Magistrate Judge for that purpose.

3. Based on the inability to hold the Settlement Conference prior to the original October 9, 2018 pretrial date, this Honorable Court continued the hearing to November 8, 2018.

4. In review of the procedural posture and legal authority controlling this case, Plaintiff's counsel recognizes an evidentiary and procedural error that proves detrimental and prejudicial to Ms. Tesone's case.

5. Ms. Tesone's present claim under the American's with Disabilities Act requires a finding that Ms. Tesone is legally disabled as defined by 42 U.S. § 12102.

6. This element must be supported by expert testimony pursuant to the Federal Rules of Evidence 702, 703, and 705.

7. In order to comply with the applicable rules of evidence during trial, Federal Rule of Civil Procedure 26(a)(2) must be followed. The time to disclose, if not stipulated to or court ordered is 90 days prior to the start of trial.

8. The deadline to provide expert disclosures was February 5, 2018, and discovery closed on May 21, 2018.

9. Although the parties stipulated to the above deadlines, undersigned counsel respectfully requests that the Court grant leave to amend the Scheduling Order to allow additional time to provide the appropriate expert disclosures.

10. While Plaintiff's counsel recognizes the burden and prejudice caused to the Defense, we are largely aware of the irreversible and highly prejudicial affect to Ms. Tesone caused by a procedural lapse.

11. This procedural lapse could preclude Ms. Tesone from proving a necessary element in her case and drastically curtail the truth seeking process in this case.

12. Not only is Ms. Tesone facing a greater prejudice due to this procedural lapse on behalf of counsel, the prejudice to the Defense is lessened due to the fact that the Defense is on notice of the expert disclosures.

13. Throughout the discovery process, Plaintiff's counsel has provided and referenced a letter of accommodation from the expert in question, referred to the physician throughout the summary judgment briefings, and provided copies of Ms. Tesone's medical reports during initial disclosures and depositions.

14. Plaintiff's counsel is aware that these disclosures do not satisfy the requirements under FRCP 26; however, we ask that the court keep in mind the statutory intent.

15. Plaintiff's counsel wants the Defense to not only be on notice of potential experts needed at trial, but we also make this request to ensure that the Defense has the opportunity to examine and confront any potential experts.

16. Lastly, we understand the importance of maintaining judicial economy for the sake of the Defense, Ms. Tesone, and also the Court's calendar.

17. While the extension of time for the purposes of expert disclosures will delay a process that was coming to a close, it is important that the process is not only done expeditiously, but also correctly.

18. This case is not presently set for trial; therefore, it is unnecessary to seek a continuance; however, based on the aforementioned and the accompanying memorandum, Plaintiff respectfully request this Honorable Court VACATE the pretrial conference set November 8, 2018, and GRANT leave to amend the scheduling order.

19. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a scheduling ordered may be modified for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4).

20. Plaintiff's counsel has conferred with Defense counsel who related that Defendant opposes this motion and will respond accordingly.

21. Plaintiff's request a hearing on this matter.

Dated: November 2, 2018

Denver, Colorado

      Whitcomb, Selinsky, McAuliffe, PC
      /s/Joseph A. Whitcomb, Esq.
      Joseph A. Whitcomb, Esq.

      LaQunya L. Baker, Esq.
      2000 S. Colorado Blvd.,
      Tower one, Suite 9500
      Denver, CO 80222
      (303)534-1958 office (303)573-5461 direct
      (303)534-1949 fax (303)350-9183 cell

      Attorneys for Plaintiff Jonella Tesone

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2018, a true copy of the above and foregoing was served via electronic mail, addressed as follows:

John D. Keen
Maral Shoaei
555 Seventeenth St., Suite 3400
Denver, CO  80202
Tel: (303) 534-5160
Fax: (303) 534-5161
jkeen@grsm.com
mshoaei@grsm.com

*Attorneys for Defendants*

                                              */s/ Joseph A. Whitcomb*
                                              For Whitcomb, Selinsky, McAuliffe, PC