IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02101-MEH-KLM

JONELLA TESONE,

    Plaintiff,

v.

EMPIRE MARKETING STRATEGIES,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2018.**

    Before the Court are Plaintiff's Opposed Motion to Vacate the Pretrial Conference and Amend the Scheduling Order [filed November 2, 2018; ECF No. 49], and Plaintiff's Opposed Motion for Enlargement of Time to Designate Expert, ECF No. 50. To the extent that Plaintiff seeks to vacate the Final Pretrial Conference, the Motion to Vacate is **denied** in part. I will consider the parties' request to extend existing deadlines at the Final Pretrial Conference scheduled for November 8, 2018, which will now be a Motions Hearing on ECF Nos. 49 and 50 as well.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).